### CARTER & FORD v. JOHNSON et al.

LUMPKIN, P. J. 1. Since sustaining a demurrer to an affidavit of illegality would leave nothing to be tried, it is manifest that the overruling of such a demurrer can not properly be made a ground of a motion for a new trial. See, in this connection, *Willbanks* v. *Untriner*, 98 *Ga.* 861; *Holleman* v. *Bradley Co.*, 106 *Ga.* 157 ; *Cleveland* v. *State*, 109 *Ga.* 265.

2. A direct assignment of error upon a ruling made during the progress of a trial comes too late if for the first time presented in a bill of exceptions sued out more than thirty days after the adjournment of the term at which such ruling was made. Civil Code, § 5539; *Dietz* v. *Fahy*, 107 *Ga.* 325, and cases cited.

3. The evidence warranted a finding in favor of the prevailing party, and there was no abuse of discretion in denying a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted December 10,—Decided December 20, 1900.

Affidavit of illegality. Before Judge Williams. City court of Waycross. March term, 1900.

*R. A. Hendricks,* for plaintiffs.
*Toomer & Reynolds,* for defendants.